**J2F PRODUCTIONS INC., a California corporation, Plaintiff–counter–defendant–Appellant,**

**Douglas Jacobson, an individual, Counter–defendant–Appellant,**

v.

**Jason SARROW, an individual, dba E.E. Morris Presents, dba ICP Films, Defendant–counter–claimant–Appellee.**

No. 11–55681.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2012.*

Filed Nov. 7, 2012.

Jill M. Abasto, Esquire, Pamela Deitchle, Michael Kirk Grace, Grace & Grace LLP, Los Angeles, CA, for Plaintiff–counter–defendant–Appellant.

Sheyanne H. Bane, Esquire, Chelsea N. Trotter, Esquire, J. Craig Williams, Esquire, Frederick Douglas Baker, Partner, Sedgwick LLP, Irvine, CA, for Defendant–counter–claimant–Appellee.

Before: D.W. NELSON and O'SCANNLAIN, Circuit Judges, and GONZALEZ, District Judge.**

MEMORANDUM ***

J2F Productions, Inc., contends that the district court abused its discretion in refusing to award it attorneys fees as sanctions pursuant to 28 U.S.C. § 1927 or the court's inherent powers. We disagree. The district court found that Sarrow's attorneys acted neither recklessly nor in bad faith. The record does not support a conclusion that this was clear error. *See Cline v. Indus. Maint. Eng'g & Contracting Co.,* 200 F.3d 1223, 1236 (9th Cir.2000).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Irma E. Gonzalez, District Judge for the U.S. District Court for Southern California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.